IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANZINO, INC.,**<br>    **Plaintiff,** | :<br>:<br>: |
| **v.** | :   **Civ. No. 20-4912**<br>: |
| **SENECA INSURANCE COMPANY, INC.,**<br>    **Defendant.** | :<br>: |

## ORDER

**AND NOW**, this 6th day of February, 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 10), Plaintiff's Responses in Opposition (Doc. Nos. 14, 25), Defendant's Replies in Support (Doc. Nos. 15, 26), and all related submissions, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 10) is **GRANTED**;

2. Plaintiff's Request for Additional Discovery Regarding Regulatory Estoppel is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.